UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Elling,

Plaintiff,

vs.

Michael Reynolds,
John Barlow, and
the City of Brooklyn Center,

Defendants.

Court File: 00-2564 MJD/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all of plaintiff's claims against the City of Brooklyn Center have been compromised and settled. Plaintiff has previously dismissed all claims against Officers Reynolds and Barlow for zero dollars.

Plaintiff, Scott Elling, affirmatively consents to this dismissal on the terms set forth in a separate Release of All Claims. Plaintiff acknowledges he has been fully advised of the merits of this matter by his attorneys and requests the Court to sign the attached Order. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, plaintiff's claims against the City of Brooklyn Center, may be, and hereby are, dismissed on their merits and with prejudice but without costs or attorney's fees to any party, whether under 42 U.S.C. §1988, Minn. Stat. §549.21 or otherwise.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

FILED 12-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-5-02
DEPUTY CLERK ______

Dated: 10/22/02.

HERTZ LAW FIRM

By ____________________
Kenneth Hertz, I.D. #22926X
Attorneys for Plaintiff
3853 Central Avenue, N.E.
Columbia Heights, MN 55421
(763) 781-9030

Dated: 11/25/02.

IVERSON REUVERS, LLC

By: ____________________
Jon K. Iverson, I.D. #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Scott Elling v. Michael Reynolds, et al., Civil No.: 00-2564 (MJD/JGL)

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against the City of Brooklyn Center, be, and the same hereby are, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 5th day of Dec, 2002.

BY THE COURT:

Michael J. Davis

United States District Court Judge
Michael J. Davis

MJD


# IVERSON REUVERS, LLC

Attorneys at Law

230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438
Telephone: 952.548.7200
Facsimile: 952.946.1501

Jon K. Iverson
Paul D. Reuvers
Jason J. Kuboushek
Kafi C. Linville

Jason J. Kuboushek
Direct: 952.548.7206
jkuboushek@iversonlaw.com


RECEIVED BY U.S. MAIL
2002 DEC -2 AM 10:53
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

November 29, 2002

DEC 02 2002

Clerk of Court
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Scott Elling v. City of Brooklyn Center
Court File No: 00-2564 MJD/JGL
Our File No: 10066.0247

Dear Clerk:

Enclosed for filing in the captioned matter are the Stipulations for Dismissal With Prejudice which have been signed by counsel for plaintiff and myself.

Yours truly,

IVERSON REUVERS, LLC

Jason J. Kuboushek
JJK:be

Enclosures

cc: Kenneth Hertz