UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Elling,

Plaintiff,

vs.

Michael Reynolds,
John Barlow, and
the City of Brooklyn Center,

Defendants.

Court File: 00-2564 MJD/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Michael Reynolds and John Barlow, in both their individual and official capacities as Brooklyn Center Police Officers, as a result of the incident and allegations and damages alleged in Plaintiff's Complaint. The consideration for this dismissal is zero dollars, with the agreement by Michael Reynolds and John Barlow not to tax costs against plaintiff, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with defending this matter.

Plaintiff, Scott Elling, by his undersigned attorney, affirmatively consents to this dismissal on the terms set forth above. Plaintiff acknowledges he has been fully advised of the merits of this matter by his attorneys and requests the Court to sign the attached Order.

Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Michael Reynolds and John Barlow in their individual capacity and official capacity, may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

FILED 12-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-5-02
DEPUTY CLERK ____________

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

Dated: 10/22/02.

HERTZ LAW FIRM

By ______________________
Kenneth Hertz, I.D. #22926X
Attorneys for Plaintiff
3853 Central Avenue, N.E.
Columbia Heights, MN 55421
(763) 781-9030

Dated: 11/25/02.

IVERSON REUVERS, LLC

By: ______________________
Jon K. Iverson, I.D. #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Scott Elling v. Michael Reynolds, et al., Civil No.: 00-2564(MJD/JGL)

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against Michael Reynolds and John Barlow, in both their individual and official capacities as Brooklyn Center Police Officers, be, and the same hereby are, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 5th day of Dec., 2002.

BY THE COURT:

Michael J. Davis

United States District Court Judge
Michael J. Davis